

United States District Court
For the District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2026 MAY 15 PM2:56

26-1294 (ADC)
Case number

---

Ernesto Ruiz Romero

V

United states of America
Secretary of the army
United States armed forces branch army
Attorney general

---

**Complaint for breach of settlement agreement in a class action**

---

Here comes to the honorable court Ernesto Ruiz Romero who respectfully states and prays as follow;

1. Plaintiff address Lago Horizonte zafiro 2025, Coto laurel PR. 00780

2. Defendant ALL has a lawyer representative in Puerto Rico as the attorney general liaison office in Puerto Rico.

3. Jurisdictional statement --- the jurisdictional statement I this case is mandamus. , all contract elements of the cause of action are in the appendix to the complaint pages 1-20.

4. Plaintiff request this court that the secretary of the army hold an administrative claim in his case in conformity with the settlement agreement attached to this complaint.

5. Plaintiff was dismissed from united stats armed forces.

6. He was given an opportunity to re enlist in 2 years in writing or 6 months verbally.

7. When plaintiff try to re apply , the united states government issue in his dd-214 his discharge form an re entry code that plaintiff need a administrative hearing and the administrative judge will make the decision whether he can re enlist or not therefore the documents and proceeding was proforma without giving plaintiff the true meaning of the transaction he was making.

8. Plaintiff request the hearing.

9. The hearing was in Washington.

10. No video conference was available and plaintiff submitted all medical documents and submitted the forms to apply with the army review board with all facts and statements under penalty of perjury.

11. The administrative judge denied plaintiff request to entrance to the military by not changing the re entry code.

12. The reentry code was that plaintiff records contain a medical report from a psychologist and need to be waived but plaintiff submit a psychiatric evaluation that support that the evaluation reveals that he can re enter the military , the administrative judge did not give any evaluation or weight to the evidence in conjunction with the whole record and substantial evidence and equitable considerations.

13. Even though plaintiff was enlisting with a branch of armed forces and the recruit take our case the judge denied the waiver.

14. Therefore, plaintiff took the position that he was deceived by the personnel who interview him in the discharge process.

15. In 2020 plaintiff was a member of a class of soldiers that where dismissed from the army on the basis of inequitable result and those soldier never receive equitable consideration to change the re entry code  and re enter military.

16. The secretary of the army reaches a settlement agreement with the class to those people receive a equitable hearing and consideration de novo.

17. Plaintiff of this case was part of the class action.

18. Plaintiff after the settlement agreement receive the opportunity to re consideration of his discharge by sending the papers the novo to the military.

19. Plaintiff apply to the boards hearing in Washington dc and the documents reach the usa government on about January 2022.

20. The agency has 6 months to processing the papers work.

21. The agency has never made a decision on those papers.

22. Petitioner request this court to order the secretary of the army to comply with the settlement agreement he meet with plaintiff Ernesto Ruiz Romero for the novo adjudication.

23. Plaintiff has send the documents put the agency in a position to do his job in conformity with the law.

24. The agency has omitted to do what the law requires for the handling and finished of the processing and receive the administrative hearing. Therefore, and order can be issued.

25. I need that order because plaintiff is 38-year-old and the maximum age to enlist is 39 years old.

26. Plaintiff need an equitable remedy with the filing of this case to hod him as equitable tolling of the statute of considerations to enter united states army.

Respectfully submitted today may 13 2026

Notification by ecmc

Ernesto RUIZ Romero
Lago Horizonte zafiro 2025
Coto laurel P.R 00780