THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ERNESTO RUIZ-ROMERO

      Plaintiff,

      v.                                                                         Civil No. 26-1294 (ADC)

UNITED STATES OF AMERICA, ET AL.,

      Defendant.

## OPINION AND ORDER

Plaintiff is well aware that courts in this District have denied several of his requests to proceed *in forma pauperis* and have dismissed a substantial number of other plaintiff's cases on the merits. In fact, in *Ruiz-Romero v. Stelaris Food 369, Inc.*, Civil No. 20-1510, 2021 U.S. Dist. LEXIS 142955, at *3, 2021 WL 3276079 (D.P.R. July 29, 2021), this Court cautioned plaintiff that it would "not tolerate the misuse and abuse of a statute and filing fee exemption designed to 'ensure that indigent litigants have meaningful access to federal courts.'" *Id*. (citing *Neitzke v. Williams*, 490 U.S. 319, 324 (1989)). Plaintiff was further "admonished that continuous improper use of in forma pauperis mechanisms and filing of frivolous actions may entail sanctions, including imposition of fees and costs and other monetary sanctions" pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927.

Notwithstanding, plaintiff "ignored the Court's clear warning…." *Ruiz-Romero v. Indus. Comm'n of Puerto Rico, Inc.*, Civil No. 24-01385 (MAJ), 2024 WL 4265300, at *2 (D.P.R. Sept. 23,

2024). In that case, the Court held "[p]laintiff's consequence-free antics stop here. Pursuant to this… Court's [inherent] authority under Federal Rule of Civil Procedure 11, and 28 U.S.C. § 1927, [p]laintiff is hereby SANCTIONED for filing the instant frivolous Complaint along with his improper request for *in forma pauperis* status. Plaintiff is to pay a sum of $250.00 paid to the Court no later by October 18, 2024." *Id.*, at *3.

Having examined plaintiff's financial affidavit, his filing history, the monetary judgment in his favor that is currently being executed, *see Ruiz-Romero v. Hotel Aloft Ponce*, Civil No. 22-1526 (FAB) (D.P.R. May 20, 2025), *inter alia*, plaintiff's motion to proceed in forma pauperis at **ECF No. 1** is **DENIED**. Plaintiff is granted 30 days to pay the applicable filing fee. Failure to comply may entail dismissal.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 22nd day of May, 2026.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**